UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, JANE DOE #1, an individual, and JANE DOE #2, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SIMI VALLEY, an incorporated California Municipality; DAVID M. LIVINGSTONE, in his official capacity as Chief of Police of the City of Simi Valley; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV17-06847 PA<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: October 18, 2017

_____
Honorable Percy Anderson
United States District Court Judge

-1-

[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE